**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, MARSHALL LOSKOT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br>v.<br><br>WEN-RED VENTURES, an unknown entity, WALTER B. STALLCUP, STALLCUP PROPERTIES, LLC, an Oregon Limited Liability Company, JOSEPH CROTTY, VELDA CROTTY, dba WENDY'S OF REDDING #4320, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:13-CV-1297 CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff **MARSHALL LOSKOT** and Defendants **WEN-RED VENTURES, an unknown entity, WALTER B. STALLCUP, STALLCUP PROPERTIES, LLC, an Oregon Limited Liability Company, JOSEPH CROTTY, VELDA CROTTY, dba WENDY'S OF REDDING #4320**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

2.  Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 4, 2013      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **MARSHALL LOSKOT**

**HALKIDES, MORGAN & KELLEY**

Dated: November 4, 2013      /s/ John P. Kelley
John P. Kelley, Attorney for Defendants
**WEN-RED VENTURES, an unknown entity, WALTER B. STALLCUP, STALLCUP PROPERTIES, LLC, an Oregon Limited Liability Company, JOSEPH CROTTY, VELDA CROTTY, dba WENDY'S OF REDDING #4320**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action <u>Loskot vs. Wen-Red Ventures, et al.</u>, Case Number 2:13-CV-1297 CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

2.

Dated: November 6, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE